MATTER OF OLIVERA

Application for Permission to Change Schools

A-13325700

*Decided by District Director August 6, 1965*

A Nonimmigrant student who has completed an intensive English course at an approved institution of learning and now wishes to enroll at a commercial college, which is also an approved institution of learning, for a secretarial course is granted permission to change institutions since she has a definite educational objective; the transferee institution has determined that she is qualified to carry a full course of study; and applicant has established that she has sufficient funds to maintain herself while in the United States.

The applicant, a native and citizen of Peru, born February 6, 1939, in Lima, arrived in the United States at Los Angeles, California, on April 23, 1964. She was admitted as a visitor for three months under section 101(a)(15)(B) of the Immigration and Nationality Act and, thereafter, granted extensions of stay to January 22, 1965.

While in lawful status as a temporary visitor she was accepted for a full-time course of study in English at the University of Miami, an institution approved by this Service for attendance by nonimmigrant students. Thereupon, she applied for a change of nonimmigrant status from that of a temporary visitor to that of a nonimmigrant student under section 101(a)(15)(F) of the Immigration and Nationality Act. She was found eligible for the change of status and her application was granted on September 1, 1964. In conjunction with the approval of that application she was granted an extension of her temporary stay in her newly acquired status until August 2, 1965.

She has completed the intensive English course and now wishes to enroll at the Charron-Williams Commercial College for a secretarial course. Forms I-20A and I-539, properly endorsed by the Charron-Williams Commercial College, have been submitted. The applicant has established that she is receiving $300 per month from her father. She has a definite educational objective and the school has determined that she is qualified to carry a full course of study.

The applicant is a bona fide student carrying a full course of study at an institution approved for the attendance of foreign students. She has established that she has sufficient funds to maintain herself while in the United States. Therefore, it is concluded that her application for a change of schools and extension of temporary stay should be approved.

**ORDER:** It is ordered that the application for change of schools be approved and an extension of her temporary stay as a student be authorized to August 2, 1966.